Exhibit C

**FREDERIC J. ROSSI**
  *Attorney-at-Law*
*Certified Civil Trial Attorney*

*1018 McBride Avenue*
*Woodland Park, New Jersey 07424*
*(973) 785-2424*
*Fax: (973) 785-9015*

June 15, 2017

Gregory B. Gilmore, Esq.
Goldberg Segalla LLP
1037 Raymond Blvd, Suite 1010
Newark, New Jersey 07102

      Re:    **Capone v. Kohl's Corporation doing business as Kohl's Department Stores, Inc.**
             **Docket No. PAS-L-3128-16**

Dear Mr. Gilmore:

With regard to the above matter, demand is hereby made for answers from Defendant, **Kohl's Corporation doing business as Kohl's Department Stores, Inc.**, to Form C Uniform Interrogatories, in addition to Form C(2) Uniform Interrogatories, and the respective additional Supplemental Interrogatories which are enclosed on behalf of the Plaintiffs. Please provide the aforesaid in the manner and within the time prescribed by the Rules of Court.

In addition, also find enclosed Notice to Produce which is to be responded to by said defendant, returnable, **Monday, August 14, 2017** as well as Demand for Discovery of Insurance. Kindly provide responses to the aforesaid within the time prescribed by the Rules of Court.

Please be advised that damages are demanded in this matter as follows:

    FIRST through TWENTY-FOURTH COUNTS.........$500,000.00 (AS TO EACH COUNT)
    TWENTY-FIFTH COUNT........................................$100,000.00

Kindly acknowledge receipt of this letter and enclosures on the copy of this letter and return in the envelope provided.

Thank you.

                          Very truly yours,

                          **FREDERIC J. ROSSI**

FJR/lh
Enclosures